# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| SHOIAB AHMED, MARINA HELENE ASCHABER, CHARLIE BARD, SARAH BARNES, KATHLEEN BERGET, HELEN BEST-SHAW, JULIA VERA FOERSTER, DANNY GHITIS, BENJAMIN GORGES, MEGGAN HILL, DENNIS LITTLEY, LAZY CAT ENTERPRISES LTD., MICHELLE MINNAAR, FLORIAN NOUH, JUDY L. PURCELL, RENEE ROBLEY SMITH, HEATHER SZUTKA, SARAH TRENALONE, MARCO VERCH, CANDICE WALKER, CHRISTINA CONTE WARTINBEE, AND WENDIE WILLIAMS., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant. | CIVIL ACTION NO. **1:25-cv-24834** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs SHOIAB AHMED, MARINA HELENE ASCHABER, CHARLIE BARD, SARAH BARNES, KATHLEEN BERGET, HELEN BEST-SHAW, JULIA VERA FOERSTER, DANNY GHITIS, BENJAMIN GORGES, MEGGAN HILL, DENNIS LITTLEY, LAZY CAT ENTERPRISES LTD., MICHELLE MINNAAR, FLORIAN NOUH, JUDY L. PURCELL, RENEE ROBLEY SMITH, HEATHER SZUTKA, SARAH TRENALONE, MARCO VERCH, CANDICE WALKER, CHRISTINA CONTE WARTINBEE, AND WENDIE WILLIAMS. (each a "Plaintiff," or "Photographer," and collectively the "Plaintiffs," or "Photographers"), by and through their undersigned attorneys, file their Complaint against

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Defendant UBER TECHNOLOGIES, INC. for damages and injunctive relief, and in support thereof state as follows:

## JURISDICTION, AND VENUE

1. This action arises under the Federal Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.* This Court is vested with subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 (federal question jurisdiction) and 1338(a) (copyright jurisdiction).

2. This Court has personal jurisdiction over the Defendant because Defendant is present at its offices in this District, because Defendant is transacting, doing, and soliciting business in this District, and because Defendant caused Plaintiffs injury in this District.

3. Venue is proper under 28 U.S.C. § 1391 (b)(1), (c)(2), and (d), and 28 U.S.C. § 1400(a).

## THE PLAINTIFFS

4. SHOIAB AHMED ("Ahmed") is professional photographer.

5. SARAH BARNES ("Barnes") started her food blog in 2013 and before that she ran a small cookery and cake decorating school for 6 years. Barnes is a professional photographer.

6. CHARLIE BARD ("Bard") is a London-based commercial food photographer with a passion for capturing the mouthwatering appeal of dishes. A trained chef with extensive experience in the hospitality industry, Bard has shifted his focus from the kitchen to the camera, where he creates stunning food, drink, and lifestyle imagery. In addition to shooting for restaurants, Charlie has worked with brands, packaging companies, and advertising agencies, and has contributed to cookbooks and editorial publications. Bard is committed to bringing his clients' dishes to life and making them irresistible to customers. His precision and creativity

ensure that his clients' food looks appetizing and that their messages are effectively conveyed. Bard has been shortlisted for Food Photographer of the Year, which is a further testament to his talent and expertise in the field.

7. MARINA HELENE ASCHABER ("Aschaber") is a professional photographer who created of Masalaherb.com in 2011 and is also a co-author at Paulmarina.com. Masalaherb.com is a recipe website with global recipes teaching readers to cook with spices and herbs. Paulmarina.com is a travel website for couples, covering Central Europe and South Asia.

8. KATHLEEN BERGET ("Berget") is a photographer and author who lives in the United States.  She is a certified Master Gardener and a certified Apprentice Beekeeper, who lives off of the land and creates her food and recipes from scratch.  Berget runs the blog "Beyond the Chicken Coop" which mainly focuses on delicious homemade recipes with the occasional post about gardening, farm animals, and country living.

9. MEGGAN HILL ("Hill") is a professional photographer who resides in the United States. She is a classically trained chef whose work is inspired by Midwestern food memories and meticulously-tested recipes. Her work has been featured on NPR, HuffPost, FoxNews, LA Times, Country Living, and more.

10. BENJAMIN GORGES ("Gorges") is a professional photographer who resides in the United States. Gorges created FoxVallexFoodie in 2012 and has crafted each image for each recipe with a careful eye. His images are inspired by Midwestern comfort food and the most tantalizing dishes at your favorite restaurant. His work has been featured on BuzzFeed, MSN, Country Living, Parade, Oprah Daily, and more.

11. LAZY CAT ENTERPRISES, LTD. ("Lazy Cat") is a private limited company in the United Kingdom.  Anna Marcinowska is the director of Lazy Cat Kitchen. Ms. Marcinowska

is a professional photographer who resides in the United Kingdom. She has been photographing food for 9 years and her work is inspired by the interplay of colors and natural light. Her work is featured on Lazy Cat's website.

12.     MICHELLE MINNAAR ("Minnaar") is a professional photographer who resides in the United Kingdom. Since 2007 she has focused her photography on good natural homemade food and collaborates with brands showcasing the best on the market. In 2017, her blog, Greedy Gourmet won Food Blogger of the Year, Top 10 Food Blog in UK, and Best Entertainment Blog in Essex. Previous clients include UKTI, Dr. Oetker, Weight Watchers, Go Compare, John Lewis, Lurpak, Lakeland, Riso Gallo and Cheapflights.

13.     RENEE ROBLEY SMITH ("Smith") is a professional photographer who resides in the United States. She is a self-taught photographer whose work highlights her Caribbean heritage. Her photography showcases her Caribbean culinary ambitions and she has been featured by Essence, Zing, Women of Silicon Valley, and the Kitchn.

14.     HELEN BEST-SHAW ("Best-Shaw") is a British home chef and photographer who resides in the United Kingdom. Best-Shaw is known for her website, "Fuss Free Flavours," which she first created in 2007. On this website, Best-Shaw aims to share delicious recipes that are achievable and affordable, specifically for busy people who are on a budget and do not want to compromise on flavor. Best-Shaw shares her photography on "Fuss Free Flavours," featuring the carefully crafted photographs she has taken to go along with each of the recipes she posts on her website.

15.     HEATHER SZUTKA ("Szutka") is a professional photographer who resides in the United States. She graduated in 2007 with a degree in Fine Arts with an emphasis in photography. Her work is the focus of her blog since 2017 and has been featured in publications

such as, Chowhound, Parade Magazine, Spoon University, Bloglovin', Yummly, Delish, and The Baltimore Sun.

16. SARAH TRENALONE ("Trenalone") is a professional photographer who resides in the United States. She is a food photographer and traveler and holds a Bachelor's Degree in Fine Art Photography, and loves helping others learn how to eat more sustainable, garden-fresh food. Sarah's recipes and photography have been featured in both print and online in publications including the New York Daily news, Wild Alaska Company, Norwegian Seafood Council, Chowhound, Buzzfeed, Dish on Fish, and SheKnows.

17. MARCO VERCH ("Verch") is a professional photographer who resides in Germany. Verch is a professional member of the Professional Photographers of America (PPA), and his work covers a wide range of topics, from aerial and drone photography, to sporting events, food, and travel, as well as staged photos for famous websites such as Mashable and Techcrunch.

18. CHRISTINA CONTE WARTINBEE ("Wartinbee") is a professional photographer who resides in the United States. For the last 11 years she has been an award-winning content creator and worldwide food judge. Her photos have been featured in magazines, publications, and websites around the world. Christina has also won several photography competitions earning her trips to Italy and France, among other prizes. Her work has been featured in MSN.com, Parade magazine, VoyageLA, ShoutoutLA, and other publications.

19. JULIA VERA FOERSTER ("Foerster") is a German recipe developer and food photographer who resides in Canada. Foerster is a seasoned home-chef with over fifteen years of experience, often sharing recipes that originated with her family. Foerster & her husband both love to cook, which led them to start their food blog together in 2015, called "plated cravings."

This website ("platedcravings.com") features unique photographs of the recipes Foerster has developed.

20. DANNY GHITIS ("Ghitis") is an editorial and commercial photographer who resides in the United States. The son of Jewish South American immigrants, he moved around a lot as a child, which helped him to develop a lifelong interest in documenting the lives of strangers and culturally ambiguous communities. With his work he attempts to pose questions, rather than answers, to challenge expectations and encourage introspection. He is a frequent contributor to The New York Times, and tends to spend all his money on traveling and chocolate. His clients include Adbusters, AFAR, Bon Appetit, Billboard, Bloomberg Businessweek, BUST, Chicago Tribune Magazine, Chronicle of Higher Education, CNN, Global Strategy Group, Gothamist, Maclean's, The New York Times, Newsday, Rolling Stone, Stern, and TIME. He has been recognized by American Photography 29 and 30, Magenta's Flash Forward, nominated for PDN's 30, the Nikon Emerging Talent Award, the Hearst Photojournalism Championship, College Photographer of the Year, the National Press Photographers Association, University of Florida's Scholars Program, UNICEF Photo of the Year, and the Eddie Adams Workshop.

21. DENNIS LITTLEY ("Littley") is a professional photographer who resides in the United States. He is a classically trained professional chef with over forty years in the food and photography industry. He apprenticed with master photographer Scott Griswald for three years, working with many of the top fashion magazines. Since 2009 he has focused on creating mouth-watering images of the recipes he creates.

22. FLORIAN NOUH ("Nouh") is a professional photographer who resides in the Netherlands. He is a recipe developer, content creator, and the guy behind Contentedness Cooking, a vegan food blog focused on delicious plant based recipes.

23. JUDY L. PURCELL ("Purcell") is a cookbook author and recipe developer at the blog, Savoring Today, a food blog dedicated to sharing healthy recipes and tips for the discerning home cook.

24. CANDICE WALKER ("Walker") is a recipe developer, photographer, and content creator behind Proportional Plate. She is an Iranian-Jewish home cook turned food blogger, deeply inspired by the flavors of her childhood.

25. WENDIE WILLIAMS ("Williams") is a professional photographer who resides in the United States. She is a self-taught food and recipe blogger that takes her that has been featured in a variety of publications such as BuzzFeed, Forkly, delish, Parade, Foodgawker and Taste of Home.

**THE DEFENDANT**

26. Defendant Uber Technologies, Inc., ("Uber") is incorporated in Delaware and has its principal place of business at 1725 3rd Street, San Francisco, California. According to the Florida Department of State, Division of Corporations, Uber Technologies, Inc. is registered as a foreign entity in Florida under document number F13000004719, and its status is Active. Uber's registered agent in Florida is CT Corporation System, located at 1200 South Pine Island Road, Plantation, FL 33324.

## FACTUAL BACKGROUND

### The Plaintiffs' Ownership of the Photographs

27. The photographers are owners of the copyright protected photographs listed in **Exhibit 1** (each a "Photograph," collectively the "Photographs").

28. **Exhibit 1** lists, by Plaintiff name, the title of each Photograph (Image title); a link where each Plaintiff's Photograph can be viewed online (Image URL); a link where Defendant displayed an unauthorized copy of a Plaintiff's Photograph (Match page URL); a link where the unauthorized copy of a Plaintiff's Photograph was stored by Defendant (Match File URL); a link where a screenshot preserving the entire web page where the unauthorized copy of Plaintiff's Photograph was found (Screenshot); a link where a PDF of web page showing the unauthorized copy of the Photograph (Printed PDF); and/or a screenshot showing just the unauthorized copy of the photograph (Image Windows Screenshot).

29. Each of the Photographs was either created by, transferred to, or commissioned on a work for hire basis by, one of the Photographers.

30. Each of the Photographers is the author, copyright holder, or exclusive licensee of one or more of the Photographs.

31. The Photographs -- in perspective, orientation, positioning, lighting, and other details -- are entirely original and creative.

32. The Photographs are works of authorship protected under the Copyright Act.

33. The Register of Copyrights for the U.S. Copyright Office issued to the Photographers Certificates of Registration that are reflected and listed on **Exhibit 1**.

34. The Photographs listed on **Exhibit 1** that do not reference a Certificate of Registration are foreign works exempt from the registration requirement pursuant to 17 U.S.C. § 411(a).

35. None of the Photographers transferred ownership of copyright in the Photographs to any other person or entity.

36. None of the Photographers ever granted a license to Defendant to use any of the Photographs for any purpose.

### Defendant's Infringement of the Photographs

37. Prior to the filing of this complaint, but within the statute of limitations, the Photographers discovered that Defendant copied, displayed, distributed and created derivative works of the Photographs on pages of the Defendant's website (the "Website").

38. **Exhibit 1** hereto contains a list and screenshots showing the Defendant's infringement of the Plaintiffs' Photographs.

39. Defendant has never been licensed to use any of the Works for any purpose.

40. Without authorization to do so, Defendant accessed the Works, reproduced copies of the Works on its server, and displayed copies of the Works publicly on Defendant's Website.

41. Defendant also displayed the Photographs internally to its employees, independent contractors, customers and vendors.

42. After Defendant copied the Photographs, they made further copies and distributed the images on the internet to promote the sale of goods and services as part of Defendant's business.

43. Defendant copied and distributed the Photographs for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling its

products and services.

44. Defendant committed copyright infringement of the Works as evidenced by the documents attached hereto and referenced in **Exhibit 1**.

45. None of the Photographers ever gave Defendant permission or authority to copy, distribute or display any of the Photographs for any purpose.

## FIRST CAUSE OF ACTION

### Direct Copyright Infringement – 17 U.S.C. §§ 501 *et seq*.

46. The Photographers incorporate the allegations of paragraphs 1 through 45 of this Complaint as if fully set forth herein.

47. The Photographers own valid copyrights in the Photographs.

48. Where required to do so, the Photographers registered the Photographs with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

49. Defendant copied, displayed, and distributed the Photographs and made derivatives of the Photographs without the Photographers' authorization in violation of 17 U.S.C. § 501.

50. Defendant performed the acts alleged in the course and scope of its business activities.

51. Defendant's acts were willful.

52. The Photographers have been damaged.

53. The harm caused to the Photographers has been irreparable.

## SECOND CAUSE OF ACTION

Vicarious Copyright Infringement – 17 U.S.C. §§ 501 et seq.

54. The Photographers incorporate the allegations of paragraphs 1 through 455 of this Complaint as if fully set forth herein.

55. The Photographers own valid copyrights in the Photographs.

56. Where required to do so, the Photographers registered the Photographs with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

57. Alternatively to the First Cause of Action, Defendant's employees, independent contractors, customers and vendors and other third-parties copied, displayed, and distributed some of the Photographs and made derivatives of the Photographs without the Photographers' authorization in violation of 17 U.S.C. § 501.

58. At all relevant times, Defendant had the right and ability to supervise the infringing activities of Defendant's employees, independent contractors, customers, vendors and other third-parties.

59. At all relevant times, Defendant had a direct financial interest in the infringing activities of Defendant's employees, independent contractors, customers, vendors and other third-parties, failed to exercise the right and ability to stop the infringement, and benefitted financially from the infringement.

60. Defendant's acts were willful.

61. The Photographers have been damaged.

62. The harm caused to the Photographers has been irreparable.

## THIRD CAUSE OF ACTION

Contributory Copyright Infringement – 17 U.S.C. §§ 501 et seq.

63. The Photographers incorporate the allegations of paragraphs 1 through 455 of this Complaint as if fully set forth herein.

64. The Photographers own valid copyrights in the Photographs.

65. Where required to do so, the Photographers registered the Photographs with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

66. Alternatively to the First Cause of Action, Defendant's employees, independent contractors, customers and vendors and other third-parties copied, displayed, and distributed some of the Photographs and made derivatives of the Photographs without the Photographers' authorization in violation of 17 U.S.C. § 501.

67. Defendant knew or reasonably should have known of the copyright infringement committed by Defendant's employees, independent contractors, customers and vendors and other third-parties.

68. Defendant induced, caused, and/or materially contributed to infringing conduct of Defendant's employees, independent contractors, customers and vendors and other third-parties by facilitating and using the Works on the Website to promote Defendant's business despite Defendant's knowledge that Defendant's employees, independent contractors, customers and vendors and other third-parties' use of the Works infringed Plaintiffs' copyrights.

69. Defendant's acts were willful.

70. The Photographers have been damaged.

71. The harm caused to the Photographers has been irreparable.

**PRAYER FOR RELIEF**

WHEREFORE, the Photographers pray that this Honorable Court:

a. Issue a judgment that Defendant's unauthorized conduct violates the Photographers' rights under the Copyright Act, 17 U.S.C. §101, et seq.;

b. Order Defendant to account to the Photographers for all gains, profits, and advantages derived from their infringements of the Photographs;

c. Issue a judgment that Defendant is vicariously liable for the actions of the person or entity who infringed any of the Photographs on Defendant's Website;

d. Issue a judgment that Defendant is contributorily liable for the actions of the person or entity who infringed any of the Photographs on Defendant's Website;

e. Order Defendant to pay the Photographers all profits and damages in such amount as may be found pursuant to 17 U.S.C. § 504(b) (with interest thereon at the highest legal rate) for all infringements of the Photographs; alternatively, maximum statutory damages in the amount of $30,000 for infringement of each of the Photographs pursuant to 17 U.S.C. § 504 (c)(1); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

f. Award Photographers the maximum statutory damages in the amount of $150,000 for Defendant's willful infringement of each of the Photographer's copyrights in the Photographs pursuant to 17 U.S.C. § 504 (c)(2); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

g. Order Defendant to pay the Photographers their costs of litigation and reasonable attorneys' fees in this action, pursuant to 17 U.S.C. § 505;

  h. Order Defendant to deliver to the Photographers all copies of the Photographs and all other materials containing such infringing copies of the Photographs in their possession, custody or control;

  i. Order Defendant, its agents, and its servants to be enjoined during the pendency of this action and permanently from infringing the copyrights of the Photographers in any manner and from reproducing, distributing, displaying, or creating derivative works of the Photographs; and

  j. Order such other and further relief as this Honorable Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all counts so triable.

Dated: October 21, 2025    Respectfully submitted,

**SRIPLAW, P. A.**

*/s/ Sanje V. Lara*
SANJE V. LARA
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
9100 S. Dadeland Boulevard
Suite 1500
Miami, FL 33156
786.743.0018 – Telephone
561.404.4353 – Facsimile

And

JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

21301 Powerline Road
Suite 100

Boca Raton, FL 33433
561-404-4335 – Telephone
561-404-4353 – Facsimile

*Counsel for Plaintiffs*