**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:25-cv-24834-BB**

MARINA HELENE ASCHABER, CHARLIE BARD, SARAH BARNES, KATHLEEN BERGET, HELEN BEST-SHAW, JULIA VERA FOERSTER, DANNY GHITIS, BENJAMIN GORGES, MEGGAN HILL, DENNIS LITTLEY, LAZY CAT ENTERPRISES LTD., MICHELLE MINNAAR, FLORIAN NOUH, JUDY L. PURCELL, RENEE ROBLEY SMITH, HEATHER SZUTKA, SARAH TRENALONE, MARCO VERCH, CANDICE WALKER, CHRISTINA CONTE WARTINBEE, and WENDIE WILLIAMS,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,

Defendant.

---

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

Plaintiffs MARINA HELENE ASCHABER, CHARLIE BARD, SARAH BARNES, KATHLEEN BERGET, HELEN BEST-SHAW, JULIA VERA FOERSTER, DANNY GHITIS, BENJAMIN GORGES, MEGGAN HILL, DENNIS LITTLEY, LAZY CAT ENTERPRISES LTD., MICHELLE MINNAAR, FLORIAN NOUH, JUDY L. PURCELL, RENEE ROBLEY SMITH, HEATHER SZUTKA, SARAH TRENALONE, MARCO VERCH, CANDICE WALKER, CHRISTINA CONTE WARTINBEE, and WENDIE WILLIAMS and Defendant UBER TECHNOLOGIES, INC., by and through their undersigned counsel, and pursuant to Local Rule 16.4 of the Southern District of Florida, hereby notify the Court that the parties have

reached a settlement in principle. The parties jointly request that the Court stay all proceedings and case deadlines through January 4, 2027. This request is not made for purposes of delay; it is made to allow the parties to finalize the settlement and file dismissal papers without incurring additional expense or requiring significant effort by the Court.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Sanje V. Lara*
SANJE V. LARA
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

And

EVAN A. ANDERSEN (*pro hac vice*)
evan.andersen@sriplaw.com
**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for the Plaintiffs*

*/s/ Ana M. Barton*
ANA M. BARTON
Bar Number: 85721
abarton@reedsmith.com
**REED SMITH LLP**
200 S. Biscayne Boulevard
Suite 2600
Miami FL 33131
786.747.0200 – Telephone
786.747.0299 – Facsimile

CHRISTOPHER J. PULIDO
(*admitted Pro Hac Vice*)
cpulido@reedsmith.com
**REED SMITH LLP**
101 2nd Street, #1800
San Francisco, CA 94105
415.543.8700 – Telephone

*Counsel for Defendant Uber Technologies, Inc.*